**Kris Sarayn KOLLYNS, Plaintiff—Appellant,**

v.

**George GINTOLI; Russell Hughes; Brenda Rice–Young; Pamela M. Crawford; South Carolina Department of Mental Health; Beverly Woods, Defendants—Appellees.**

No. 05–7386.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 21, 2005.

Decided: Dec. 12, 2005.

Kris Sarayn Kollyns, Appellant Pro Se. Vinton DeVane Lide, Vinton D. Lide & Associates, Lexington, South Carolina, for Appellees.

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kris Sarayn Kollyns appeals a district court order and judgment adopting the magistrate judge's report and recommendation, granting the Appellees' motion for summary judgment and dismissing Kollyns' civil rights complaint. We agree with the district court that Kollyns did not create a genuine issue of material fact with respect to a serious medical need. As such, we affirm for the reasons stated by the district court. *Kollyns v. Gintoli,* No. CA–04–2552–3 (D.S.C. Aug. 18, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*